No. 879.  BISHOP ET AL. *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.  *James R. Willis* for petitioners.  *John T. Corrigan* and *Harvey R. Monck* for respondent.

No. 882.  WHITE ET AL. *v.* O'HEARNE, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, FOURTH COMPENSATION DISTRICT, DEPARTMENT OF LABOR, ET AL.  C. A. 4th Cir.  Certiorari denied.  *Bernard G. Link* for petitioners.  *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *Robert V. Zener* for the Deputy Commissioner; and *Thomas E. Cinnamond* for Maryland Shipbuilding & Drydock Co., respondents.

No. 893.  HOFFMAN *v.* CHRYSLER CORP. ET AL.; and
No. 954.  EZZES *v.* DANN ET AL.  Sup. Ct. Del.  Certiorari denied.  *Maximilian Bader* and *I. Walton Bader* for petitioner in No. 893.  *James J. Leff* for petitioner in No. 954.  *Francis S. Bensel, David W. Peck, Howard T. Milman, S. Samuel Arsht, Milton Pollack* and *Robert H. Richards, Jr.,* for Chrysler Corp. et al.; *Norman S. Nemser, Stanley Nemser* and *William E. Taylor, Jr.,* for Gallo et al.; and *Lewis M. Dabney, Jr., Herbert Robinson* and *Daniel O. Hastings* for Reiver et al., respondents in both cases.  Respondent Dann, *pro se,* in support of petitions for certiorari.

No. 940.  LOCAL 780, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, AFL–CIO, ET AL. *v.* RADIO CORP. OF AMERICA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.  *Bernard M. Mamet* for petitioners.  *William A. Gillen* and *Granville M. Alley, Jr.,* for respondent.